UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                                    Case No. 3:04-CR-12 (1)

AMJAD SALEM,

Defendant.

---

## ORDER

---

This matter is before the Court on Defendant's pro se motion entitled, "Emergency Motion to Release Personal ID's and Documents" (doc. 586) filed April 6, 2012. Based upon the Government's Response (doc. 587) filed May 8, 2012, and a Supplemental Response to include a sworn affidavit (doc. 588), filed May 16, 2012, the Court finds Defendant's motion is not well-founded. Therefore, Defendant's pro se motion for release of personal identification and documents is DENIED.

**DONE** and **ORDERED** in Dayton, Ohio, this 16th day of May, 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT